USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
JOSE AVILE,  :  07 Civ. 2987 (WHP)
　　　　　　　:
　　　　Plaintiff,  :  ORDER
　　　　　　　:
　-against-  :
　　　　　　　:
LAWRENCE K. FEITELL  :
　　　　　　　:
　　　　Defendant.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

　　　　The initial pre-trial and pre-motion conference is adjourned from October 5, 2007 until November 2, 2007 at 12:00 p.m. Counsel for Defendant shall arrange to have Plaintiff pro se participate by telephone.

Dated: October 9, 2007
　　　　New York, New York

　　　　　　　　　　　　SO ORDERED:

　　　　　　　　　　　　_____
　　　　　　　　　　　　WILLIAM H. PAULEY III
　　　　　　　　　　　　U.S.D.J.

*Copies mailed to:*

Mr. Jose Avile
Reg. # 58138-054
MCC
150 Park Row
New York, NY 10007
*Plaintiff Pro Se*

Lawrence K. Feitell, Esq.
225 Broadway
Suite 2020
New York, NY 10007
*Counsel for Defendant*