USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                            :
JOSE AVILE,                                 :    07 Civ. 2987 (WHP)
                                            :
              Plaintiff,                    :    ORDER
                                            :
       -against-                            :
                                            :
LAWRENCE K. FEITELL                         :
                                            :
              Defendant.                    :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        The initial pre-trial and pre-motion conference is adjourned from November 2, 2007 until November 16, 2007 at 12:30 p.m. Counsel for Defendant shall arrange to have Plaintiff pro se participate by telephone.

Dated: November 2, 2007
      New York, New York

                        SO ORDERED:

                        WILLIAM H. PAULEY III
                        U.S.D.J.

*Copies mailed to:*

Mr. Jose Avile
Reg. # 58138-054
MCC
150 Park Row
New York, NY 10007
*Plaintiff Pro Se*

Irving Cohen, Esq.
Irving Cohen, Attorney-At-Law
233 Broadway
Suite 2701
New York, NY 10279
*Counsel for Defendant*