UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                          :
JOSE AVILE,
                                          :
                Plaintiff,                      07 Civ. 2987 (WHP)
                                          :
       -against-                      SCHEDULING ORDER
                                          :
LAWRENCE K. FEITELL,
                                          :
                Defendant.
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Plaintiff pro se and counsel for Defendant having appeared for a conference on November 16, 2007, the following schedule is established on consent:

        (1) Defendant shall serve and file its motion to dismiss by December 17, 2007;

        (2) Plaintiff shall serve and file any opposition by January 28, 2008; and

        (3) Defendant shall serve and file any reply by February 2, 2008.

Dated: November 19, 2007
       New York, New York

                            SO ORDERED:

                            WILLIAM H. PAULEY III
                                U.S.D.J.

*Copies mailed to:*

Mr. Jose Avile
Reg. # 58138-054
MCC
150 Park Row
New York, NY 10007
*Plaintiff Pro Se*

Irving Cohen, Esq.
Irving Cohen, Attorney-At-Law
233 Broadway
Suite 2701
New York, NY 10279
*Counsel for Defendant*