UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                              :
JOSE AVILE,                                                   :    07 Civ. 2987 (WHP)
                                                              :
        Plaintiff,                                           :    ORDER
                                                              :
        -against-                                            :
                                                              :
LAWRENCE K. FEITELL                                           :
                                                              :
        Defendant.                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        By Order dated November 19, 2007, this Court directed Plaintiff pro se to serve and file any opposition to Defendant's motion to dismiss by January 28, 2008. As of the date of this Order, Plaintiff has not filed any opposition papers. Plaintiff's time to serve and file any opposition is extended until March 10, 2008. Defendant shall serve and file any reply by March 24, 2008. No further extensions shall be granted to Plaintiff.

Dated: February 11, 2008
      New York, New York

                           SO ORDERED:

                           WILLIAM H. PAULEY III
                                U.S.D.J.

*Copies mailed to:*

Mr. Jose Avile
Reg. # 58138-054
MCC
150 Park Row
New York, NY 10007
*Plaintiff Pro Se*

Irving Cohen, Esq.
Irving Cohen, Attorney-At-Law
233 Broadway
Suite 2701
New York, NY 10279
*Counsel for Defendant*