UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE AVILE,

                Plaintiff,                07 CIVIL 2987 (WHP)

    -against-                         **JUDGMENT**

LAWRENCE K. FEITELL,

                Defendant.          **SCANNED**
------------------------------------------------------------X

       Defendant having moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable William H. Pauley III, United States District Judge, and the Court, on May 20, 2008, having rendered its Memorandum and Order granting defendant's motion to dismiss, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated May 20, 2008, defendant's motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York
         May 30, 2008

                                                    J. MICHAEL McMAHON
                                                       Clerk of Court

                       BY:
                                                        Deputy Clerk

                                           THIS DOCUMENT WAS ENTERED
                                           ON THE DOCKET ON _____